| | |
|---|---|
| **From:** | No Reply USCOURTS |
| **To:** | InterDistrictTransfer_WAWD |
| **Subject:** | Transferred case has been opened |
| **Date:** | Tuesday, June 7, 2022 11:57:03 AM |

CASE: 2:21-cv-00743

DETAILS: Case transferred from Washington Western has been opened in Southern District of Florida as case 1:22-cv-21735, filed 06/07/2022.